UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 2:15-cr-00069-JDL-2 |
| | ) |
| VICTOR LARA, JR., | ) |
| | ) |
| | ) |
| Defendant. | ) |

ORDER ACCEPTING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE

On August 9, 2021, Defendant Victor Lara, Jr. filed a letter (ECF No. 505) addressed to his attorney and directed to the Court seeking a reduction of his 126-month sentence for conspiracy to commit Hobbs Act Robbery. United States Magistrate Judge John C. Nivison construed the letter as a motion to reduce sentence and filed his Recommended Decision on the motion (ECF No. 511) with the Court on October 18, 2021, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2021) and Fed. R. Civ. P. 72(b). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to de novo review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

1

2

It is therefore **ORDERED** that the Recommended Decision (ECF No. 511) of the Magistrate Judge is hereby **ACCEPTED**. Victor Lara, Jr.'s Motion to Reduce Sentence (ECF No. 505) is **DENIED**.

**SO ORDERED.**

**Dated: December 8, 2021.**

                                                             /s/ JON D. LEVY
                                       **CHIEF U.S. DISTRICT JUDGE**